United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-3975NE

| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Ramone Worthy, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: March 10, 1998
Filed: March 18, 1998

_____

Before McMILLIAN and FAGG, Circuit Judges, and BENNETT,[*] District Judge.

_____

PER CURIAM.

Ramone Worthy appeals his conviction and sentence for conspiracy to distribute cocaine and money laundering. Worthy raises several contentions related to the admissibility of evidence offered by the Government, the Government's failure to prove a single conspiracy between Worthy and a number of other persons, and the sufficiency of the evidence to support the jury's verdict. Worthy also contends the district court improperly calculated the drug quantity attributable to Worthy. After a careful review

_____

[*]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, sitting by designation.

of the record, we reject Worthy's arguments and conclude an opinion by this court would have no precedential value.  We thus affirm Worthy's conviction and sentence without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.